**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01120-CV

**ERIN THORNTON, Appellant**

**V.**

**CITY OF PLANO, TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-00832-2014**

## ORDER

Before the Court is appellant's October 16, 2014 Motion to Require Collin County District Clerk to Correct Filing Date on Plaintiff's Notice of Appeal. We **GRANT** the motion to the extent that the notice of appeal filed on September 4, 2014 is deemed timely for jurisdictional purposes.

/s/    ELIZABETH LANG-MIERS
JUSTICE